# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## Civil Action No.: 5:05CV22

| | |
|---|---|
| JEFFREY L. WEBB and THOMAS LEONARD JOSEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **ORDER**<br>) |
| KEWAUNEE SCIENTIFIC EQUIPMENT CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** pursuant to the Initial Pretrial Conference conducted Thursday, August 18, 2005 before the undersigned. During the course of the conference, counsel for Kewaunee indicated his intention to shortly file a motion seeking both a stay of discovery and an order directing the withdrawal of Plaintiff's counsel. In that the filing and litigation of this motion would likely moot many of the deadlines contemplated for the Pretrial Order and Case Management Plan in the case, the Court will not issue that order at this time. However, the Court does wish to ensure that any unnecessary delay in this litigation is avoided, and thus, counsel for Kewaunee is admonished to promptly file its anticipated motion, or in the alternative, to inform the Court that it does not seek to file the motion after all.

    **SO ORDERED.**

**Signed: August 23, 2005**

_____
David C. Keesler
United States Magistrate Judge