# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### Civil Action No.: 5:05CV22

| | | |
|---|---|---|
| JEFFREY L. WEBB and<br>THOMAS LEONARD JOSEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEWAUNEE SCIENTIFIC<br>EQUIPMENT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion for Protective Order (Document No. 11) filed August 23, 2005, Plaintiffs' "Response to Defendant's Motion..." (Document No. 12) filed September 9, 2005, "Defendant's Reply to Plaintiff's Response..." (Document No. 14) filed September 23, 2005, and "Defendant's Supplement Filed Under Seal..." (Document No. 17) filed March 9, 2006.

Also before the Court are the Defendant's Motion to Disqualify Plaintiffs' Counsel and Plaintiffs' Counsel's Firm and Memorandum in Support thereof (Document Nos. 18 and 19) filed March 17, 2006, and "Plaintiffs' Response to Defendant's Motion..." and "Plaintiffs' Brief in Support..." (Document Nos. 22 and 23) filed April 17, 2006.

Based on the pleadings and the arguments of counsel at a hearing held before this Court on April 25, 2006, and for the reasons stated by the Court at the conclusion of that hearing, the Court will grant part of the relief requested in the Defendant's Motion for Protective Order (Document No. 11), and will grant the Defendant's Motion to Disqualify Plaintiffs' Counsel and Plaintiffs'

Counsel's Firm (Document No. 18).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Disqualify Plaintiffs'

Counsel and Plaintiffs' Counsel's Firm (Document No. 18) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Protective Order (Document

No. 11) is **GRANTED in part**, as follows:

(1)     Discovery in this case shall be stayed to allow time for the Plaintiffs to retain new

counsel; and

(2)     Plaintiffs and the Defendant are directed to submit a **Consent Protective Order**, if

possible, to the Court no later than **Monday, May 15, 2006**. If the parties are unable

to agree upon the terms of a Consent Protective Order, each shall submit a proposed

Protective Order by May 15, 2006, for the Court's consideration.

Signed: April 26, 2006

David C. Keesler
United States Magistrate Judge