IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:05CV00022

| | |
|---|---|
| JEFFREY L. WEBB and ) <br> THOMAS LEONARD JOSEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEWAUNEE SCIENTIFIC ) <br> EQUIPMENT CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Notice of Compliance with ¶4 of the Consent Protective Order, Dated July 12, 2006 Filed Under Seal" (Document No. 33), filed July 27, 2006. In accordance with paragraph numbers four and five of the "Consent Protective Order" (Document No. 30) entered by the undersigned on July 12, 2006, the Court has reviewed the files on the compact disc and the corresponding exhibits attached to the Plaintiffs' Notice of Compliance *in camera*, and finds that they contain privileged and confidential information and are not the property of the Defendant.

**IT IS, THEREFORE, ORDERED** that the clerk shall return the compact disc attached to the "Plaintiffs' Notice of Compliance with ¶4 of the Consent Protective Order, Dated July 12, 2006 Filed Under Seal" (Document No. 33), to the Plaintiff's former counsel, Robert M. Elliot.

**IT IS FURTHER ORDERED** that Mr. Elliot shall redact the files from the compact disc corresponding with exhibits one through six attached to the Plaintiffs' Notice of Compliance, and then return the disc to the Defendant's counsel within fifteen (15) days of the date of this order.

Signed: October 20, 2006

David C. Keesler
United States Magistrate Judge